UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN MALOWNEY,

    Plaintiff,

v.                                        Case No.  8:09-cv-1189-T-30TGW

BUSH/ROSS, et al.,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon *pro se* Plaintiff's Motion for Reconsideration (Dkt. 36) and Defendants' Response in Opposition (Dkt. 37). Plaintiff originally brought this action against Defendant for violations of the Fair Debt collections Act. By the time the case reached summary judgment, the only claim remaining before the Court was Defendants' alleged violations of 15 U.S.C. § 1692e(5) by threatening to foreclosure without intent to foreclose on two properties owned by Plaintiff.

In his motion, Plaintiff correctly points out that the Court misstated the date for filing the instant action as occurring just after the Defendants filed for foreclosure against him on behalf of their clients. Plaintiff argues that "a true and fair ruling on the merits cannot be reached without a correct time line." However, this error does not affect the Court's ruling.

In examining alleged violations of 1692e(5), the Court only looks to the debt collector's intent to take that action threatened at the time the threat was made. The Court

held that there was no dispute that Defendants intended to foreclose at the time they sent the foreclosure notices to Plaintiff. The foreclosure notices were sent months before this action was filed. Thus, the filing date has no bearing on the Court's ruling.

It is therefore ORDERED AND ADJUDGED that Plaintiff's Motion for Reconsideration (Dkt. 36) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on September 22, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2009\09-cv-1189.reconsider.frm